No. A–763.   MODJESKI & MASTERS v. CARTER ET AL.   Application for stay, filed with JUSTICE WHITE, and referred by him to the Court, is hereby granted, and the temporary stay entered by JUSTICE WHITE on April 15, 1988, is vacated.

The judgments of the Louisiana Court of Appeal for the Fourth Circuit and the Louisiana Civil District Court for the Parish of Orleans are stayed pending the timely docketing of an appeal by appellant in the above-entitled case.   Should such an appeal be so timely docketed, this order is to continue pending this Court's action on the jurisdictional statement or further disposition of such appeal.

This order is conditioned upon the timely posting with the Louisiana Civil District Court for the Parish of Orleans of a good and sufficient bond in the amount of $700,000 plus interest from April 15, 1988, by appellant Modjeski & Masters, covering any potential obligations under the judgment of the Louisiana Civil District Court for the Parish of Orleans.   Unless and until Modjeski & Masters posts said bond, the stay is expressly conditioned on appellant's taking no action to reduce its current net worth and, in particular, not:

> (A) distributing any earnings of the firm to its partners who continue to work for the firm, except as they have been

receiving heretofore in salary and benefits or as provided in (B) and (D) below, or

(B) distributing any earnings of the firm to its partners for so long as the net worth of the firm is below $700,000, or

(C) transferring or encumbering any existing assets, funds, or existing contracts of the partnership to or on behalf of any other parties, beyond security interests or liens already in existence, except as is necessary in the ordinary course of its business, for the defense or settlement or both of the pending actions against it, or for payment to associates and employees in accordance with with existing employment contracts;

And further provided that

(D) Profits accumulated after the payment of salaries and other expenses shall be distributed as follows:

(1) If the net worth of the firm is between $700,000 and $1.1 million, then up to 50% of accumulated profits may be distributed to the partners; the remainder will be accumulated in the partnership,

(2) If the net worth of the firm is above $1.1 million, then all profits above that amount may be distributed to the partners; and

(E) Appellant shall furnish to appellees within 30 days of the end of each quarter:

(1) a statement from the managing partner of Modjeski & Masters and from its certified public accountants that all provisions of this order have been complied with, and

(2) balance sheet and income statements for each such quarter; and

(F) Within 120 days of the end of the calendar year, appellant shall provide annual balance and income statements to appellees; and

(G) Appellees shall keep confidential all financial data provided under this order; and

(H) If the net worth of Modjeski & Masters falls below $700,000, appellees may apply to the Court for further relief; and

(I) Appellees shall have the right to select an independent auditor to inspect any and all records of the appellant to

ascertain whether appellant is complying with the provisions of this stay.

(J) Should appellees find it necessary to seek additional relief to enforce the terms of this order, they shall apply to the Louisiana Civil District Court for the Parish of Orleans.